1   MICHAEL J. O'TOOLE (SBN 97779)
    City Attorney
2   RANDOLPH S. HOM (SBN 152833)
    Assistant City Attorney
3   CITY OF HAYWARD
    777 "B" Street
4   Hayward, California 94541
    Telephone: (510) 583-4450
5   Facsimile: (510) 583-3660

6   Attorneys for Defendants

7   EDWARD A. BARSCH
    1157 Buchanan Way
8   Hayward, California 94545-2021
    (510) 887-4127

9
    Plaintiff appearing Pro Se
10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
    EDWARD A. BARSCH                    STIPULATION FOR EXTENSION OF
13                                      TIME TO COMPLETE ADR PROCESS
                    Plaintiff,          AND PROPOSED ORDER
14
        -vs-
15
    MICHAEL O' TOOLE, et al.,
16
                    Defendants.
17   _____/

18

19

20      All parties hereby stipulate and agree by and through their respective counsel as follows:

21      1. That defendants THOMAS J. ORLOFF and LANCE KUBRO have not yet appeared in

    the within action;
22
        2. That due to said defendants' absence, this matter is not yet ripe for mediation;
23
        3. That the court appointed mediator and ADR Administrator, Robin Siefkin, concur that
24
    this matter is not ripe for mediation and that the deadline to complete the ADR process should be
25
    extended by at least ninety (90) days;
26
    ///
27
    ///

1  Accordingly, it is hereby stipulated between the parties:

2       That the deadline to complete the ADR process shall be extended by at least ninety (90)

3  days to January 25, 2008.

4

5  DATED:  September <u>26</u> , 2007          MICHAEL J. O'TOOLE, City Attorney

6

7                    By:       _____

8                            RANDOLPH S. HOM,
                             Assistant City Attorney

9                            Attorneys for Defendants

10                           EDWARD A. BARSCH

11

12 DATED:  September ___ , 2007             _____
                             EDWARD A. BARSCH

13                           Plaintiff appearing Pro Se

14

15 **ORDER**

16

17      PURSUANT TO STIPULATION, IT IS SO ORDERED.

18

19 Dated:_____               _____

20                     THE HONORABLE SUSAN ILLSTON
                       United States District Court Judge

21

22

23

24

25

26

27

Barsch v. O'Toole, et al.                               STIPULATION FOR
Case No. C-07-00615 (SI)           EXTENSION OF TIME TO COMPLETE ADR PROCESS
                                        2

## PROOF OF SERVICE

I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 "B" Street, Hayward, CA 94541.

On October **5**, 2007, I served the document(s) described as:

STIPULATION FOR EXTENSION OF TIME TO COMPLETE ADR PROCESS AND PROPOSED ORDER

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope:

EDWARD A. BARSCH
1157 Buchanan Way
Hayward, California 94545-2021

[X] **(BY MAIL)** I am readily familiar with this business's practice for collection and processing of correspondence for mailing, and that correspondence will be deposited with the U.S. Postal Service on the date herein above in the ordinary course of business at Hayward, California.

[ ] **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the addressee(s).

[ ] **(BY FACSIMILE TRANSMISSION)** I caused a true copy thereof to be transmitted by facsimile machine, which transmission was reported and complete and without error.

[ ] **(BY FEDERAL EXPRESS)** I caused such envelope to be placed with Federal Express for overnight delivery of same.

[ ] **(STATE)** Under the laws of the State of California.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on October **5**, 2007, at Hayward, California.

*Michelle Power*
Michelle Power

---

Barsch v. O'Toole, et al.
Case No. C-07-00615 (SI)

STIPULATION FOR
EXTENSION OF TIME TO COMPLETE ADR PROCESS
3