**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD A.  BARSCH,                                      No. C 07-00615 SI

        Plaintiff,                                           **JUDGMENT**

  v.

MICHAEL O'TOOLE, et al.,

        Defendants.

_____/

      Defendants' motion for summary judgment has been granted in its entirety.  Judgment is entered accordingly.


      **IT IS SO ORDERED.  AND ADJUDGED.**


Dated: November 26, 2007

                                       _____

                                       SUSAN ILLSTON
                                       United States District Judge