RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
OCT 19 2009
FILED_____
DOCKETED_____ DATE _____ INITIAL

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

October 13, 2009

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Edward A. Barsch
          v. Michael O'Toole, et al.
          No. 09-145
          (Your No. 07-17385)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

                                       Sincerely,

                                       William K. Suter
                                       **William K. Suter**, Clerk